**Sarah M. CIPRIANO, Jeune M. Miller,**
**Plaintiffs–Appellants,**

v.

**BOARD OF EDUCATION OF the CITY SCHOOL DISTRICT OF the CITY OF NORTH TONAWANDA, NEW YORK,**
**Defendant–Appellee.**

**No. 1680, Docket 91–9050.**

United States Court of Appeals,
Second Circuit.

Argued June 15, 1992.

Decided June 30, 1992.

Christopher G. Mackaronis, Washington, D.C. (Bell, Boyd & Lloyd, Washington, D.C., David G. Jay, Buffalo, N.Y., of counsel), for plaintiffs-appellants.

Edward C. Cosgrove, Buffalo, N.Y. (Judith Blake Manzella, of counsel), for defendant-appellee.

Before: MESKILL and PRATT, Circuit Judges, and MERHIGE,* District Judge.

PER CURIAM:

This is an appeal from a judgment of the United States District Court for the Western District of New York, Curtin, *J.*, dismissing on summary judgment plaintiffs' Age Discrimination in Employment Act suit. Plaintiffs argue, *inter alia*, that the district court erred by requiring a showing that the early retirement incentive plan that they challenged discriminated in a non-fringe aspect of the employment relationship. We disagree. *See Public Employees Retirement System of Ohio v. Betts*, 492 U.S. 158, 109 S.Ct. 2854, 106 L.Ed.2d 134 (1989).

The judgment of the district court is affirmed substantially for the reasons set forth in Judge Curtin's opinion. *Cipriano v. Board of Education*, 772 F.Supp. 1346 (W.D.N.Y.1991).

---

\* Hon. Robert R. Merhige, Jr., United States District Judge of the Eastern District of Virginia, sitting by designation.